| AO 10 | **FINANCIAL DISCLOSURE REPORT** | *Report Required by the Ethics* |
| Rev. 1/2012 | **FOR CALENDAR YEAR 2011** | *in Government Act of 1978* |
| | | *(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Childs, Julianna M. | U.S. District Court, SC | 05/15/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2011 <br> to <br> 12/31/2011 |

**7. Chambers or Office Address**

Clement F. Haynsworth Federal Building
300 E. Washington Street, Suite 116
Greenville, SC 29601

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.  President | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Childs, Julianna M. | 05/15/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | ███████████████ - Salary; ███████████ Consultants - Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | South Carolina Bar | 01/20/2011 - 01/22/11 | Hilton Head, SC | South Carolina Bar Convention | Lodging, Conference Registration and Meals |
| 2. | American Bar Association | 02/10/11 - 02/14/11 | Atlanta, GA | MidYear Meeting | Fees associated with parking and One flat rate Per Diem |
| 3. | South Carolina Bar | 5/19/11 - 5/20/11 | Charleston, SC | Judge's Meeting and CLE Seminar | Lodging, Travel and Meals |
| 4. | American Bar Association | 9/22/11 - 9/24/11 | Philadelphia, Pa | American Bar Association Section of Litigation Meeting | Airfare, Lodging, Meals, and Ground Transportation |
| 5. | South Carolina Defense Trial Attorneys' Association | 11/03/2011 - 11/06/2011 | Amelia Island, Florida | SCDTAA Annual Meeting | Lodging, Conference Registration and Meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Childs, Julianna M. | 05/15/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓]  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ]  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | First Palmetto Savings Bank | Mortgage on Rental Property #1 | J |
| 2. | Wachovia Bank | Mortgage on Rental Property #2 | M |
| 3. | Bank of America | Credit Card | K |
| 4. | Chase Visa | Credit Card | K |
| 5. | Chase Rewards | Credit Card | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Childs, Julianna M. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property #1, ▓▓▓▓▓ (1993, $58,500) | | None | M | W | | | | | |
| 2. Rental Property #2, ▓▓▓▓▓ (Angus Properties, LLC) | E | Rent | M | W | | | | | |
| 3. - (2006, $180,000) | | | | | | | | | |
| 4. Mass Mutual - Whole Life | A | Interest | J | T | | | | | |
| 5. - (Risk -based, No Control) | | | | | | | | | |
| 6. Raintree Vacations Time Share (1995, $9,000) | | None | J | R | | | | | |
| 7. Wachovia Bank Accounts | A | Interest | J | T | | | | | |
| 8. Fidelity | A | Dividend | J | T | | | | | |
| 9. -Valic Fixed Fund (Y) | | | | | | | | | |
| 10. -American Funds Great Fund | | | | | | | | | |
| 11. JP Morgan - Equity Fund- (Y) | | | | | | | | | |
| 12. Carolinas Telco Federal Credit Union Account | A | Interest | J | T | | | | | |
| 13. John Hancock Retiremement (Risk-based, No Control) | E | Int./Div. | M | T | | | | | |
| 14. U.S. Savings Bonds | A | Interest | J | T | | | | | |
| 15. Georgia Higher Education Savings Plan | A | Int./Div. | J | T | | | | | |
| 16. SC 401(k) profit sharing plan (risk-based, No Control) (Y) | | | | | | | | | |
| 17. SC 457 Deferred Compensation Plan (Risk-based, No Control) | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Childs, Julianna M. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. SC Retirement Systems (Risk-based, No Control) | D | Interest | M | T | | | | | |
| 19. Brokerage Account | | | | | | | | | |
| 20. A - 529 College Savings Plan (Risk-based, No Control) | A | Dividend | J | T | | | | | |
| 21. B - IRA | B | Dividend | M | T | | | | | |
| 22. - Thornburg Int Value A (Y) | | | | | | | | | |
| 23. - Keely Small Cap Value (Y) | | | | | | | | | |
| 24. -Gabell EQ AAA (Y) | | | | | | | | | |
| 25. -Pimco Low Duration (Y) | | | | | | | | | |
| 26. -Columbia Marisco Growth A (Y) | | | | | | | | | |
| 27. -TCW Dividend Focus (Y) | | | | | | | | | |
| 28. -Virtus Muliti-Sector (Y) | | | | | | | | | |
| 29. -RSValue A (Y) | | | | | | | | | |
| 30. American Europacific GRWF (Y) | | | | | | | | | |
| 31. American GR FD of America F (Y) | | | | | | | | | |
| 32. Blackrock Inflat Prot Bond A | C | Dividend | K | T | | | | | |
| 33. JP Morgan Mid Cap Value A | B | Dividend | K | T | | | | | |
| 34. Wells Fargo SHT TM Muni BD | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Childs, Julianna M. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Delaware TX - FR USA Intermed A | A | Dividend | J | T | | | | | |
| 36. DWS Dreman Small Cap Value A | A | Dividend | J | T | | | | | |
| 37. Allianz NFJ Dividend Value A (Y) | | | | | | | | | |
| 38. DWS RREEF Real SEC A (Y) | | | | | | | | | |
| 39. ⸻ Building | | None | P1 | W | | | | | |
| 40. - (2004, $3,016,000) | | | | | | | | | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Childs, Julianna M. | 05/15/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. Investments and Trusts No. 45 · &#x2592;&#x2592;&#x2592;&#x2592; has a 1/8 interest in the building. One partner left the partnership and has sold his interest in the partnership to the remaining partners.

| Name of Person Reporting | Date of Report |
|---|---|
| Childs, Julianna M. | 05/15/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Julianna M. Childs**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544